IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wimberly, Ayesha M

Printed: 9/3/08

Case Number: 08 B 07907
Judge: Squires, John H
Filed: 4/2/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 23, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,355.00 |  |
| Secured: |  | 120.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,081.93 |
| Trustee Fee: |  | 153.07 |
| Other Funds: |  | 0.00 |
| Totals: | 2,355.00 | 2,355.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 3,506.33 | 2,081.93 |
| 2. | 74th Street Depot Federal Credit Union | Secured | 0.00 | 0.00 |
| 3. | Home Loan Services | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 1,320.00 | 120.00 |
| 5. | Home Loan Services | Secured | 6,000.00 | 0.00 |
| 6. | Municipal Collection Services | Unsecured | 20.00 | 0.00 |
| 7. | 74th Street Depot Federal Credit Union | Unsecured | 378.53 | 0.00 |
| 8. | Cook County Treasurer | Unsecured | 102.60 | 0.00 |
| 9. | AT&T Wireless | Unsecured | 47.21 | 0.00 |
| 10. | Ford Motor Credit Corporation | Unsecured | 2,333.26 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 53.72 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 8.60 | 0.00 |
| 13. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 14. | Allied Collection Services | Unsecured |  | No Claim Filed |
| 15. | ICS | Unsecured |  | No Claim Filed |
| 16. | Check N Go | Unsecured |  | No Claim Filed |
| 17. | Comcast | Unsecured |  | No Claim Filed |
| 18. | Fair Collections & Outsourcing | Unsecured |  | No Claim Filed |
| 19. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 20. | Creditors Discount & Audit Co | Unsecured |  | No Claim Filed |
| 21. | United Collection Bureau Inc | Unsecured |  | No Claim Filed |
| 22. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 23. | Rush North Shore Medical Ctr | Unsecured |  | No Claim Filed |
| 24. | Millenium Credit Consultants | Unsecured |  | No Claim Filed |
| 25. | Nicor Gas | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Wimberly, Ayesha M | | Case Number: 08 B 07907 |
| | | Judge: Squires, John H |
| Printed: 9/3/08 | | Filed: 4/2/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| 27. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 28. | RMI/MCSI | Unsecured | | No Claim Filed |
| 29. | Lou Harris | Unsecured | | No Claim Filed |
| 30. | PFG Of Minnesota | Unsecured | | No Claim Filed |
| 31. | The Affiliated Group | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 13,770.25 | $ 2,201.93 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 153.07 |
| | _____ |
| | $ 153.07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____